UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT EARL LEONARD (#559290)

CIVIL ACTION

VERSUS

NUMBER 10-485-FJP-SCR

SHERIFF WILLIE GRAVES, ET AL

O P I N I O N

    The Court has independently reviewed the entire record in this case and the reasons set forth in the Magistrate Judge's Report.  Plaintiff has filed an objection to the Magistrate Judge's Report.  The Court adopts the Magistrate Judge's Report as its decision in this case.

    Plaintiff's argument in his opposition that he sued in the proper Court is without merit.  Plaintiff may have sued in the Middle District, but he has no legal remedy in this Court.  The Magistrate Judge was correct when he stated that the State of Louisiana has proper remedies available for the plaintiff to obtain his property or damages for the loss of his property.

    Therefore:

    IT IS ORDERED that the plaintiff's complaint shall be dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

    Judgment shall be entered accordingly.

    Baton Rouge, Louisiana, September 15, 2010.

                                          FRANK J. POLOZOLA
                                          MIDDLE DISTRICT OF LOUISIANA

Doc#46907